IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-00753

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VANDERBILT UNIVERSITY and ) <br> DR. JAMES E. LOYD, ) <br> ) <br> Defendants. ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Plaintiff United Therapeutics Corporation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action without prejudice.

This the 14th day of November, 2017.

/s/ Christopher G. Smith
Christopher G. Smith
N.C. State Bar No. 22767
Robert J. Morris
N.C. State Bar No. 15981
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: csmith@smithlaw.com
jmorris@smithlaw.com